TROUTMAN PEPPER HAMILTON SANDERS LLP
Jessica R. Lohr, Bar No. 302348
jessica.lohr@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone: 858.509.6000
Facsimile: 858.509.6040

Attorneys for Defendant
LFL ENTERPRISES, LLC d/b/a
PROFORMA SCREENING SOLUTIONS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRED DAVIS, an individual, on behalf of himself and all persons similarly situation,<br><br>Plaintiff,<br><br>v.<br><br>LFL ENTERPRISES, LLC, a Virginia Limited Liability Company dba ProForma Screening Solutions with its principal place of business in Virginia; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. **'23 CV 0190 CAB WVG**<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT LFL ENTERPRISES, LLC d/b/a PROFORMA SCREENING SOLUTIONS** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF JARRED DAVIS AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant LFL Enterprises, LLC d/b/a Proforma Screening Solutions ("Proforma") hereby removes the above-entitled action, Case No. 37-2022-00050357-CU-MC-CTL from the Superior Court of the State of California, County of San Diego, to the U.S. District Court for the Southern District of California. This Removal is based on 28 U.S.C. §§ 1331, 1441(a) and 1446. This Notice is based upon the original jurisdiction of this Court over the parties under 28 U.S.C. § 1331 and the existence of a federal question herein. In support of its Notice of Removal, Proforma states as follows:

## PLEADINGS, PROCESSES, AND ORDERS

1. On December 16, 2020, Plaintiff Jarred Davis ("Plaintiff") filed a purported Class Action Complaint against Defendant Proforma in the Superior Court of California, County of San Diego, entitled *Jarred Davis v. LFL Enterprises, LLC*, Case No. 37-2022-00050357-CU-MC-CTL.

2. Plaintiff's Complaint alleges two causes of action. Plaintiff alleges that Proforma violated the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA") and the California Investigative Consumer Reporting Agencies Act, Cal. Civ. Code § 1786.28 ("ICRAA").

3. Pursuant to 28 U.S.C. § 1446(a), all process, pleadings, notices, and orders served upon Proforma in this action are attached as **Exhibit A**.

## TIMELINESS OF REMOVAL

4. On January 3, 2023, Plaintiff served Proforma with a copy of the Complaint.

5. This Notice of Removal is timely as it is being filed within thirty (30) days after purported service of the Summons and Complaint. 28 U.S.C. § 1446(b); Fed. Rule Civ. Proc. 6(a)(1)(C); *see also Murphy Bros., Inc. v. Michetti Pipe*

*Stringing, Inc.*, 526 U.S. 344, 354-56 (1999) (30-day deadline to remove commences upon service of the summons and complaint).

## BASIS FOR REMOVAL
## JURISDICTION

6. 28 U.S.C. § 1331 provides that "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the instant action based on federal question jurisdiction in that Plaintiff's Complaint asserts claims under the FCRA, 15 U.S.C. § 1681 *et seq.*, a federal statute.

8. Removal of this action is proper under 28 U.S.C. § 1441(a), which provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

9. Specifically, Plaintiff asserts two claims in his Complaint. His first claim is brought under Sections 1681e(b), 1681k(a)(1) and (2) of the FCRA against Proforma. (**Exhibit A**, Compl. ¶¶ 39–48.) His second claim is brought under Section 1786.28 of the ICRAA against Proforma. (*Id.* ¶¶ 49–53.)

10. Federal question jurisdiction exists over this action because the allegations asserted by Plaintiff in the Complaint involve questions that will require resolution of significant, disputed issues arising under federal law. This case qualifies for federal question jurisdiction and is removable because Plaintiff's Complaint alleges claims under, and requires a ruling on, the FCRA.

11. Even if the Court does not have original jurisdiction over one or more of Plaintiff's other causes of action asserted in the Complaint, any such cause of action is transactionally related to Plaintiff's First Cause of Action over which this Court does have original jurisdiction. Thus, any such cause of action is also

- 3 -

removable and subject to the Court's supplemental jurisdiction pursuant to 28 U.S.C. §§ 1367(a) and 1441(c).

12. In addition to satisfying the requirements of federal question jurisdiction, Proforma has met all other requirements for removal.

## VENUE

13. Venue lies in the U.S. District Court for the Southern District of California pursuant to 28 U.S.C. §§ 84(a), 1391, 1441(a) and 1446(a). This action was originally brought in the Superior Court of the State of California, County of San Diego, and thus should be removed to the Southern District of California.

## SERVICE OF NOTICE OF REMOVAL ON STATE COURT

14. A true and correct copy of this Notice of Removal will be promptly served on Plaintiff and filed with the Clerk of the Superior Court of the State of California in and for the County of San Diego as required under 28 U.S.C. § 1446(d).

## RESERVATION OF RIGHTS

15. By filing this Notice of Removal, Proforma does not concede nor waive any defense or motion relating to this action, including (but not limited to) that (i) Plaintiff has agreed to arbitrate the claim asserted in the Complaint on an individual basis; and (ii) Plaintiff lacks standing to bring this action. Proforma reserves all defenses relating to the Court's jurisdiction and the justiciability of this action.

WHEREFORE, LFL Enterprises, LLC d/b/a Proforma Screening Solutions respectfully requests that this civil action be removed from the Superior Court of California, County of San Diego, to the United States District Court for the Southern District of California.

| | |
|---|---|
| Dated: February 1, 2023 | TROUTMAN PEPPER HAMILTON SANDERS LLP<br><br>By: */s/ Jessica R. Lohr*<br>    Jessica R. Lohr<br>    Attorneys for Defendant LFL<br>    Enterprises, LLC d/b/a ProForma<br>    Screening Solutions |

## **CERTIFICATION AND CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of February 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF and a copy of the foregoing was served via email and overnight mail on the following counsel:

James M. Treglio
Potter Handy LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Phone: (858) 375-7385
Attorneys for Plaintiff
JARRED DAVIS

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Jessica R. Lohr*
   Jessica R. Lohr
   Attorneys for Defendant
   LFL ENTERPRISES, LLC d/b/a
   PROFORMA SCREENING
   SOLUTIONS

TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2092