**POTTER HANDY LLP**
Mark D. Potter (SBN 166317)
mark@potterhandy.com
James M. Treglio (SBN 228077)
jimt@potterhandy.com
100 Pine St., Ste 1250, San Francisco, CA 94111
Tel: (858) 375-7385
Fax: (888) 422-5191

Attorneys for Plaintiff Jarred Davis and the Class

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Jessica Lohr (SBN 302348)
jessica.lohr@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858.509.6000
Facsimile: 858.509.6040

Attorneys for Defendant LFL Enterprises, LLC dba Proforma Screening Solutions
*(additional counsel listed on signature page)*

# UNITED STATES DISTRICT COURT BY AND FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRED DAVIS, an individual, on behalf of himself and all persons similarly situated, | Case No.: 3:23-cv-00190-BAS-WVG |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |
| v. | |
| LFL ENTERPRISES, LLC, a Virginia Limited Liability Company dba ProForma Screening Solutions with its principal place of business in Virginia; and DOES 1-100, inclusive, | |
| Defendant. | |

STIPULATION FOR DISMISSAL

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

DATED:  June 29, 2023				**POTTER HANDY LLP**


By:	  */s/ James M. Treglio*
	MARK D. POTTER
	JAMES M. TREGLIO
	Attorneys for Plaintiff Jarred Davis


DATED:  June 29, 2023				**TROUTMAN PEPPER HAMILTON SANDERS LLP**


By:	  */s/ Meagan A. Mihalko*
	Meagan A. Mihalko (*pro hac vice*)
	Meagan.mihalko@troutman.com
	1001 Haxall Pt.
	Richmond, VA 23219
	Telephone: 804-697-1281
	Facsimile: 804-697-1339
	Attorneys for Defendant


Pursuant to Local Rule 2(f)(4), the below filer attests that concurrence in the filing of this document has been obtained from the above signatories.

By: */s/ James M. Treglio*
JAMES M. TREGLIO